United States District Court
District of South Carolina
Case Number: 2:03 - 2147

# DOCUMENT

# NOT

# SCANNED

___✓___ Transcript/Deposition

_____ Physical condition of pleading prevents scanning

_____ Other: _____

# **REFER TO COURT FILE**

Copies of this document can be obtained for a fee by calling the appropriate office corresponding to the case number.

49